**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| AMY TROTT, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>    v.<br><br>THE FARMER'S DOG, INC.,<br><br>                    Defendant. | Case No. 1:26-cv-03410-ER<br><br>The Honorable Edgardo Ramos |

**THE FARMER'S DOG, INC.'S MOTION TO COMPEL ARBITRATION**

Pursuant to the Federal Arbitration Act, 9 U.S.C. §§ 1 *et seq*, Defendant The Farmer's Dog ("TFD") moves to compel Plaintiff Amy Trott to arbitrate her claims against TFD pursuant to the arbitration provision in TFD's Terms of Use, which provides that "any and all federal or state claims based in statute, contract, tort, fraud, or any other legal or equitable theory, as well as any dispute concerning the validity, enforceability, or scope of this agreement to arbitrate . . . shall be resolved exclusively through final, binding, and individual arbitration, and not in a court of law." As explained in TFD's Memorandum of Law, Plaintiff assented to the Terms of Use when she subscribed to food delivery through TFD's website, and the arbitration provision requires the arbitrator to resolve any disputes about the enforceability or scope of the arbitration provision.

TFD's motion to compel arbitration is based on this motion, the concurrently filed Memorandum of Law, Declaration of Matthew Beaumont, and Exhibits 1–2 thereto, and any further evidence or argument that TFD may offer in its reply brief, at oral argument, or otherwise.

2

Dated:  July 23, 2026

Respectfully submitted,

JENNER & BLOCK LLP

By: /s/ Dean N. Panos
      Dean N. Panos (*pro hac vice*)
      Alexander M. Smith (*pro hac vice*)

Attorneys for Defendant
The Farmer's Dog, Inc.

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing document was filed on July 23, 2026 with the Clerk of the Court by using the CM/ECF system, which will effect electronic service on all parties and attorneys registered to receive notifications via the CM/ECF system.


Dated:  July 23, 2026                                      By:  _____/s/ Dean N. Panos_____
                                                                            Dean N. Panos